IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ANNE MCALLISTER | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 16-cv-02536-GAM |
| OCWEN LOAN SERVICING, LLC | : | |
| Defendant. | : | |

## NOTICE

The status call on **September 26, 2017** and the settlement conference on **October 3, 2017** are both **CANCELED**.

>           */s/ Sheila McCurry*
>           SHEILA MCCURRY
>           Courtroom Deputy to the
>           Honorable Richard A. Lloret
>           U.S. Magistrate Judge
>           267-299-7410

**Date:**  September 25, 2017