IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ANNE MCALLISTER<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION<br><br>No.: 16-cv-2536-GAM |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Ann McAllister ("Plaintiff") and Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), hereby stipulate and agree to DISMISS WITH PREJUDICE each and all of the claims alleged by Plaintiff Michael Ann McAllister against Ocwen in the Complaint filed in the above-captioned action.

Each Party shall bear her, its, and/or their own costs and expenses, including attorneys' fees, except as otherwise agreed to by the Parties, and each Party hereby waives any and all rights of appeal.

It is further stipulated and agreed that the Court will retain jurisdiction pending consummation of all settlement terms as agreed to by the parties.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF JOSEPH M. ADAMS<br><br>_/s/ Joseph M. Adams_<br>Joseph M. Adams, Esq.<br>200 Highpoint Drive | STRADLEY RONON STEVENS & YOUNG, LLP<br><br>_/s/_<br>Eric M. Hurwitz, Esquire<br>Joe N. Nguyen, Esquire |

# 3352447 v. 1

Suite 211A
Chalfont, PA 18914
Tele: 215-996-9977

*Attorney for Plaintiff*

Thomas F. Lucchesi, Esquire
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Phone: (215) 564-8000

*Attorneys for Defendant,
Ocwen Loan Servicing, LLC*

**APPROVED AND SO ORDERED:**

_____ U.S.D.J.
11/21/17

# 3352447 v. 1